# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES F. WESTAWAY & LAURETTE K. WESTAWAY          Case Number: 07-70908
29129 GLIDDEN ROAD            SSN-xxx-xx-2848 & xxx-xx-0804
KINGSTON, IL  60145

Case filed on: 4/17/2007
Plan Confirmed on: 7/13/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,147.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,000.00 | 3,000.00 | 2,065.13 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,065.13 | 0.00 |
| 998 | JAMES F. WESTAWAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC | 7,755.44 | 7,755.44 | 1,553.70 | 203.33 |
|  | Total Secured | 7,755.44 | 7,755.44 | 1,553.70 | 203.33 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 10,930.83 | 10,930.83 | 20.01 | 0.00 |
| 005 | AMEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 9,135.92 | 9,135.92 | 16.71 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 421.99 | 421.99 | 0.00 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 4,265.86 | 4,265.86 | 0.00 | 0.00 |
| 009 | ASSOCIATED PATHOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ATG CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 5,186.74 | 5,186.74 | 0.00 | 0.00 |
| 012 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTRAL DUPAGE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITICARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITICARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMPUTER CREDIT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DEKALB CLINIC CHARTERED | 162.63 | 162.63 | 0.00 | 0.00 |
| 019 | ELMHURST MEMORIAL HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | GEMB / CC COSMETICS NONCER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HAUSER - ROSS EYE INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LOYOLA UNIVERSITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LOYOLA UNIVERSITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MIDWEST HEART SPECIALISTS | 1,120.28 | 1,120.28 | 0.00 | 0.00 |
| 032 | MIDWEST HEART SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MIDWEST HEART SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NATIONWIDE CREDIT & COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NATIONWIDE CREDIT & COLLECTION INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NCAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NORTHWEST COLLECTIONS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NUERO HOSPITAL 1ST, SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | RIDGE AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROUNDUP FUNDING LLC | 4,693.11 | 4,693.11 | 0.00 | 0.00 |
| 041 | SPIEGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | TOTAL CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | VAN RU CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | WORLD FINANCIAL NETWORK NATIONAL BANK | 257.33 | 257.33 | 0.00 | 0.00 |
| 046 | WORLD FINANCIAL NETWORK NATIONAL BANK | 350.82 | 350.82 | 0.00 | 0.00 |
|  | Total Unsecured | 36,525.51 | 36,525.51 | 36.72 | 0.00 |
|  | Grand Total: | 47,280.95 | 47,280.95 | 3,655.55 | 203.33 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,858.88 |
| Trustee Allowance: | $288.12 |
| Percent Paid Unsecured: | 0.10 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008            By  /s/Heather M. Fagan